JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**

Thomas Bissell and Karen Bissell, h/w

**(b)** County of Residence of First Listed Plaintiff    Delaware County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael E. Cook, Esquire
Brownstein, Pearlman, Wiezer, Newman & Cook, P.C.
3 North 2nd Street, Philadelphia, PA 19106 (215) 627-0100

**DEFENDANTS**

Safeco Insurance Company of America d/b/a Safeco Insurance, A Liberty Mutual Insurance Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty Mutual Insurance

County of Residence of First Listed Defendant    Boston, MA
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Cristin A. Cavanaugh, Esquire/ William C. Foster, Esquire
Marshall Dennehey Warner Coleman and Goggin
2000 Market Street, Suite 2300, Philadelphia (215) 575-2597

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332; 28 USC 1441 and 1446
Brief description of cause:
Breach of Contract and Bad Faith

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND $ _____    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**    *(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE  4/10/18

SIGNATURE OF ATTORNEY OF RECORD
*Cristin A. Cavanaugh*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

## UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA – DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff    507 Fairview Road, Woodlyn, Pennsylvania 19094

Address of Defendant    175 Berkeley Street, Boston, Massachusetts 02116

Place of Accident, Incident or Transaction    Woodlyn, PA
*(Use Reverse Side for Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more if its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 8.1(a))      Yes ☒   No ☐

Does this case involve multidistrict litigation possibilities?      Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated _____

Civil cases are deemed related when yes is answered to any of the following questions:

1.    Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
      Yes ☐   No ☒

2.    Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?      Yes ☐   No ☒

3.    Does this case involve the validity or infringement of a patent already in suit or any earlier number case pending or within one year previously terminated action in this court?      Yes ☐   No ☒

CIVIL: (Place ✓ in ONE CATEGORY ONLY)

| | A. | *Federal Question Cases:* | | B. | *Diversity Jurisdiction Cases* |
|---|---|---|---|---|---|
| 1. | ☐ | Indemnity Contract, Marine Contract, and All Other Contracts | 1. | ☒ | Insurance Contract and Other Contracts |
| 2. | ☐ | FELA | 2. | ☐ | Airplane Personal Injury |
| 3. | ☐ | Jones Act-Personal Injury | 3. | ☐ | Assault, Defamation |
| 4. | ☐ | Antitrust | 4. | ☐ | Marine Personal Injury |
| 5. | ☐ | Patent | 5. | ☐ | Motor Vehicle Personal Injury |
| 6. | ☐ | Labor-Management Relations | 6. | ☐ | Other Personal Injury (Please specify) |
| 7. | ☐ | Civil Rights | 7. | ☐ | Products Liability |
| 8. | ☐ | Habeas Corpus | 8. | ☐ | Products Liability – Asbestos |
| 9. | ☐ | Securities Act(s) Cases | 9. | ☐ | All other Diversity Cases |
| 10. | ☐ | Social Security Review Cases | | | (Please specify) |
| 11. | ☐ | All other Federal Question Cases | | | |
| | | (Please specify) | | | |

### ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, _____ counsel of record do hereby certify:

☐    Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐    Relief other than monetary damages is sought.

DATE _____    _____    _____
                        Attorney-at-Law                Attorney I.D. #

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE    4/10/18    _____    307546
                    Attorney-at-Law                Attorney I.D. #

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS BISSELL and | : | CIVIL ACTION |
| KAREN BISSELL, h/w | : | |
| Plaintiffs | : | |
| | : | NO. |
| v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY OF | : | |
| AMERICA d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| and | : | |
| AMERICAN STATES INSURANCE | : | |
| COMPANY d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| Defendants | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)    Habeas Corpus-Cases brought under 28 U.S.C. §2241through §2255.                    ( )

(b)    Social Security-Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.                    ( )

(c)    Arbitration-Cases require to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d)    Asbestos-Cases involving claims for personal injury or property damage from
exposure to asbestos.                    ( )

(e)    Special Management-Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court.  (See reverse side of this form for a detailed explanation of special
management cases.)                    ( )

(f)    Standard Management--Cases that do not fall into any one of the other tracks.        (x)

*Cristin A. Cavanaugh*

| 4/10/18 | CRISTIN A. CAVANAUGH | DEFENDANT |
|---|---|---|
| Date | Attorney-at-law | Attorney for |

| 215-575-2597 | 215-575-0856 | cacavanaugh@mdwcg.com |
|---|---|---|
| Telephone | FAX Number | E-Mail Address |

## Civil Justice Expense and Delay Reduction Plan
### Section 1:03 - Assignment to a Management Track

(a)      The clerk of court will assign cases to tracks (a) through (d) based on the initial pleading.

(b)      In all cases not appropriate for assignment by the clerk of court to tracks (a) through (d), the plaintiff shall submit to the clerk of court and serve with the complaint on all defendants a case management track designation form specifying that the plaintiff believes the case requires Standard Management of Special Management. In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

(c)      The court may, on its own initiative or upon the request of any party, change the track assignment of any case at any time.

(d)      Nothing in this Plan is intended to abrogate of limit a judicial officer's authority in any case pending before that judicial officer, to direct pretrial and trial proceedings that are more stringent than those of the Plan and that are designed to accomplish cost and delay reduction.

(e)      Nothing in this Plan is intended to supersede Local Civil Rules 3 or 7, or the procedure for random assignment of Habeas Corpus and Social Security cases referred to magistrate judges of the court.

## SPECIAL MANAGEMENT CASE ASSIGNMENTS
### (See § 1.02(e) Management Track Definitions of the
### Civil Justice Expense and Delay Reduction Plan)

Special management cases will usually include that class of cases commonly referred to as "complex litigation" as that term has been used in the Manuals for Complex Litigation. The first manual was prepared in 1969 and the Manual for Complex Litigation Second, MCL 2d was prepared in 1985. This term is intended to include cases that present unusual problems and require extraordinary treatment. See §0.1 of the first manual. Cases may require special or intense management by the court due to one or more of the following factors: (1) large number of parties; (2) large number of claims or defenses; (3) complex factual issues; (4) large volume of evidence; (5) problems locating or preserving evidence; (6) extensive discovery; (7) exceptionally long time needed to prepare for disposition; (8) decision needed within an exceptionally short time; and (9) need to decide preliminary issues before final disposition. It may include two or more related cases. Complex litigation typically includes such as antitrust cases; cases involving a large number of parties or an unincorporated association of large membership; cases involving requests for injunctive relief affecting the operation of large business entities; patent cases; copyright and trademark cases; common disaster cases such as those arising from aircraft crashes or marine disasters; actions brought by individual

stockholders; stockholder's derivative and stockholder's representative actions; class actions of potential class actions; and other civil (and criminal) cases involving unusual multiplicity or complexity of factual issues.  See §0.22 of the first Manual for Complex Litigation and Manual for Complex Litigation Second, Chapter 33.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS BISSELL and | : | CIVIL ACTION |
| KAREN BISSELL, h/w | : | |
| Plaintiffs | : | |
| | : | NO. |
| v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY OF | : | |
| AMERICA d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| and | : | |
| AMERICAN STATES INSURANCE | : | |
| COMPANY d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| Defendants | : | |

**TO:   CLERK OF COURT OF THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Defendants, Safeco Insurance Company of America d/b/a Safeco Insurance, A Liberty

Mutual Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty

Mutual Company, by its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, hereby file

a Notice of Removal of this case from the Court of Common Pleas of Philadelphia County,

Pennsylvania, where it is now pending, to the United States District Court for the Eastern District

of Pennsylvania on the basis of diversity jurisdiction, and in support thereof avers as follows:

1. Plaintiffs commenced this action by Complaint filed on March 15, 2018, in the Court of

   Common Pleas of Philadelphia County, Pennsylvania, docketed as March Term 2018,

   No. 001789.  (A copy of the Complaint is attached hereto and marked as Exhibit "A").

2. The Complaint was served on Defendants on March 22, 2018.

3. The Complaint states that Plaintiffs, Thomas Bissell and Karen Bissell, husband and

   wife, are citizens of the Commonwealth of Pennsylvania, residing therein at 507 Fairview

Road, Woodlyn, Pennsylvania 19094. Therefore, upon information and belief, Plaintiffs are citizens of the Commonwealth of Pennsylvania.

4. Safeco Insurance Company of America is a corporation organized and existing under the laws of the State of New Hampshire, with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02116.

5. American States Insurance Company is a corporation organized and existing under the laws of the State of Indiana, with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts 02116.

6. In Count I of the Complaint, Plaintiffs allege claims against Defendants for breach of contract for underinsured motorist claim.

7. In Count II of the Complaint, Plaintiff, Karen Bissell, allege a claim for loss of consortium against Defendants.

8. In Count II of the Complaint, Plaintiffs allege claims against Defendants for bad faith pursuant to 42 Pa.C.S.A. §8371.

9. Based upon the allegations of Plaintiff's Complaint, the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest, as Plaintiffs have alleged damages in excess of $250,000.00 for each Count in the Complaint. Plaintiffs also alleged allegations of bad faith pursuant to 42 Pa.C.S.A. §8371, including punitive damages.

10. As such, the above described civil action is one in which this Honorable Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

11. The present lawsuit is accordingly removable from the state court to this Honorable Court pursuant to 28 U.S.C. §§ 1441 and 1446.

12. This Notice of Removal has been filed within thirty (30) days after receipt by Defendants of the Complaint in accordance with 28 U.S.C. § 1446(b).

13. Copies of all process, pleadings and other Orders which have been received by Defendants in this action are filed herewith.

WHEREFORE, Defendants, Safeco Insurance Company of America d/b/a Safeco Insurance, A Liberty Mutual Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty Mutual Company, respectfully requests that they may affect the removal of this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: _____
WILLIAM C. FOSTER, ESQUIRE
CRISTIN A. CAVANAUGH, ESQUIRE
PA Attorney ID Nos. 03511/307546
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2597; 215-575-0856 (fax)
wcfoster@mdwcg.com
cacavanaugh@mdwcg.com
Attorneys for Defendants

Dated: 4/10/18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BISSELL and | : | CIVIL ACTION |
| KAREN BISSELL, h/w | : | |
| Plaintiffs | : | |
| | : | NO. |
| v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY OF | : | |
| AMERICA d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| and | : | |
| AMERICAN STATES INSURANCE | : | |
| COMPANY d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| Defendants | : | |

## CERTIFICATION

I, Cristin A. Cavanaugh, Esquire, hereby certify that the facts set forth in the foregoing

Notice of Removal are true and correct to the best of my knowledge, information and belief.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: _Cristin A. Cavanaugh_
WILLIAM C. FOSTER, ESQUIRE
CRISTIN A. CAVANAUGH, ESQUIRE
PA Attorney ID Nos. 03511/307546
2000 Market Street, Suite 2300
Philadelphia, PA 19103
215-575-2597; 215-575-0856 (fax)
wcfoster@mdwcg.com
cacavanaugh@mdwcg.com
Attorneys for Defendants

Dated: _4/10/18_

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS BISSELL and | : | CIVIL ACTION |
| KAREN BISSELL, h/w | : | |
| Plaintiffs | : | |
| | : | NO. |
| v. | : | |
| | : | |
| SAFECO INSURANCE COMPANY OF | : | |
| AMERICA d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| and | : | |
| AMERICAN STATES INSURANCE | : | |
| COMPANY d/b/a SAFECO INSURANCE, | : | |
| A LIBERTY MUTUAL COMPANY | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Cristin A. Cavanaugh, Esquire, hereby certify that a true and correct copy of the

foregoing Notice of Removal was served upon the following party via electronic service, on the

below date:

Michael E. Cook, Esquire
Brownstein, Pearlman, Wiezer,
Newman & Cook, P.C.
3 North 2nd Street
Philadelphia, PA 19106
Attorneys for Plaintiffs

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

By: _Cristin A. Cavanaugh_
CRISTIN A. CAVANAUGH, ESQUIRE
Attorneys for Defendants

Dated: 4/10/18

# EXHIBIT "A"



Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

*For Prothonotary Use Only (Docket Number)*

**MARCH 2018** ·······  **001789**

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>THOMAS BISSELL | **DEFENDANT'S NAME**<br>SAFECO INSURANCE COMPANY OF AMERICA, ALIAS:<br>SAFECO INSURANCE, A LIBERTY MUTUAL COMPANY |
| **PLAINTIFF'S ADDRESS**<br>507 FAIRVIEW ROAD<br>WOODLYN PA 19094 | **DEFENDANT'S ADDRESS**<br>175 BERKELEY STREET<br>BOSTON MA 02116 |
| **PLAINTIFF'S NAME**<br>KAREN BISSELL | **DEFENDANT'S NAME**<br>AMERICAN STATES INSURANCE COMPANY, ALIAS:<br>SAFECO INSURANCE, A LIBERTY MUTUAL COMPANY |
| **PLAINTIFF'S ADDRESS**<br>507 FAIRVIEW ROAD<br>WOODLYN PA 19094 | **DEFENDANT'S ADDRESS**<br>175 BERKELEY STREET<br>BOSTON MA 02116 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| **TOTAL NUMBER OF PLAINTIFFS**<br>2 | **TOTAL NUMBER OF DEFENDANTS**<br>2 | **COMMENCEMENT OF ACTION**<br>☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |
|---|---|---|

| **AMOUNT IN CONTROVERSY** | **COURT PROGRAMS** | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce     ☐ Settlement<br>☐ Minor Court Appeal   ☐ Minors<br>☐ Statutory Appeals   ☐ W/D/Survival |

| **CASE TYPE AND CODE** |
|---|
| 10 - CONTRACTS OTHER |

| **STATUTORY BASIS FOR CAUSE OF ACTION** |
|---|
| |

| **RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)** | | **IS CASE SUBJECT TO COORDINATION ORDER?**<br>YES     NO |
|---|---|---|
| | **FILED**<br>**PRO PROTHY**<br><br>MAR 15 2018<br><br>C. MILLER | |

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: THOMAS BISSELL , KAREN BISSELL

Papers may be served at the address set forth below.

| **NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**<br>MICHAEL E. COOK | **ADDRESS**<br>3 NORTH 2ND STREET<br>PHILADELPHIA PA 19106 |
|---|---|
| **PHONE NUMBER**<br>(215) 627-0100 | **FAX NUMBER**<br>(215) 627-1749 | |
| **SUPREME COURT IDENTIFICATION NO.**<br>74105 | **E-MAIL ADDRESS**<br>BPWNLaw@aol.com |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**<br>MICHAEL COOK | **DATE SUBMITTED**<br>Thursday, March 15, 2018, 04:34 pm |

FINAL COPY (Approved by the Prothonotary Clerk)



Filed and Attested by the
office of Judicial Records
15 MAR 2018 01:39 pm

*THIS IS A MAJOR JURY CASE.*
*AN ASSESSMENT OF DAMAGES HEARING IS REQUIRED.*

*BROWNSTEIN, PEARLMAN,*
*WIEZER, NEWMAN & COOK, P.C.*
BY: MICHAEL E. COOK, ESQUIRE
Identification No. 74105
3 North 2nd Street
Philadelphia, PA  19106
(215) 627-0100

*ATTORNEYS FOR PLAINTIFFS*

_____

THOMAS BISSELL and
KAREN BISSELL, h/w
507 Fairview Road
Woodlyn, PA 19094

     vs.

SAFECO INSURANCE COMPANY OF AMERICA
d/b/a SAFECO INSURANCE,
A LIBERTY MUTUAL COMPANY
175 Berkeley Street
Boston, MA 02116
     and
AMERICAN STATES INSURANCE COMPANY
d/b/a SAFECO INSURANCE,
A LIBERTY MUTUAL COMPANY
175 Berkeley Street
Boston, MA 02116

COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

MARCH TERM, 2018

NO.

---

## CIVIL ACTION COMPLAINT
### 1C Contract

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER (OR CANNOT AFFORD ONE), GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND INFORMATION SERVICE
One Reading Center
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
Telephone: (215) 238-6333

**AVISO**

Le han demandado en corte. Si usted quiere defenderse contra las demandas nombradas en las paginas siguientes, tiene viento (20) dias a partir de recibir esta demanda y notificacion para entablar personalmente o por un abogado una comparecencia escrita y tambien para entablar con la corte en forma escrita sus defensas y objeciones a las demandas contra usted. Sea avisado que si usted no se defiende, el caso puede continuar sin usted y la corte puede incorporar un juicio contra usted sin previo aviso para conseguir el dinero demandado en el pleito o para conseguir cualquier otra demanda o alivio solicitados por el demandante. Usted puede perder dinero o propiedad u otros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE ABOGADO (O NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO), VAYA EN PERSONA O LLAME POR TELEFONO LA OFICINA NOMBRADA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASSISTENCIA LEGAL. ESTA OFICINA PUEDE PROPORCIONARLE LA INFORMACION SOBRE CONTRATAR A UN ABOGADO.

SI USTED NO TIENE DINERO SUFICIENTE PARA PAGAR A UN ABOGADO, ESTA OFICINA PUEDE PROPORCIONARLE INFORMACION SOBRE AGENCIAS QUE OFRECEN SERVICIOS LEGALES A PERSONAS QUE CUMPLEN LOS REQUISITOS PARA UN HONORARIO REDUCIDO O NINGUN HONORARIO.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACION LEGAL
One Reading Center
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
Telefono: (215) 238-6333

Case ID: 180301789

1.  Plaintiffs, Thomas Bissell and Karen Bissell, are husband and wife and adult individuals residing at 507 Fairview Road, Woodlyn, Pennsylvania, 19094.

2.  Defendants, Safeco Insurance Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty Mutual Company, (hereinafter collectively "Safeco") are Massachusetts corporations and insurance companies licensed to transact business in the Commonwealth of Pennsylvania which, on September 1, 2016, and at all times relevant hereto did and continues to regularly conduct business in the City and County of Philadelphia, Commonwealth of Pennsylvania, with a home office address of 175 Berkeley Street, Boston, Massachusetts, 02116.

3.  The facts which give rise to this action took place on or about September 1, 2016, when the Plaintiff, Thomas Bissell, was the owner/operator of a 2008 Suzuki Grand Vitara.

4.  On the aforementioned date, a vehicle being operated by an underinsured motorist, Subhi Abulbaki a/k/a Subhi Baki, caused a motor vehicle accident when the underinsured motorist caused a three (3) car chain reaction rear-end accident involving Plaintiff's stopped vehicle which resulted in Plaintiff, Thomas Bissell, sustaining serious bodily injuries.

5.  As a direct and proximate result of the negligence and carelessness of the tortfeasor, Subhi Abulbaki a/k/a Subhi Baki, the Plaintiff suffered and will continue to suffer from severe and permanent injuries, including but not limited to: lumbar spinal injuries with radicular symptoms which required lumbar fusion surgery; and various other ills and injuries, all of which said injuries have in the past, do at present and will in the future cause Plaintiff great pain and suffering.

6.  As a direct and proximate result of the negligence of the tortfeasor, Subhi Abulbaki a/k/a Subhi Baki, the Plaintiff required and will continue to require medical care and treatment, including but not limited to: injections under anesthesia; invasive spinal surgery; physical therapy; x-rays; diagnostic testing; use of pain medication; and the use of rehabilitative services.

1

7. As a direct and proximate result of the negligence of the tortfeasor, Subhi Abulbaki a/k/a Subhi Baki, the Plaintiff incurred medical expenses and he will continue to incur medical expenses for his care and treatment for an indefinite period of time in the future.

8. As a direct and proximate result of the negligence of the tortfeasor, Subhi Abulbaki a/k/a Subhi Baki, the Plaintiff has suffered a loss of earnings and impairment of his future earning capacity.

9. As a direct and proximate result of the negligence of the tortfeasor, Subhi Abulbaki a/k/a Subhi Baki, the Plaintiff has suffered and will continue to suffer from pain, discomfort, inconvenience, anxiety, embarrassment, suffering and the inability to engage in his usual activities now and in the future and the deprivation of the ordinary and usual enjoyment of life and life's pleasures now and into the future.

10. At the time of the collision, the tortfeasor, Subhi Abulbaki a/k/a Subhi Baki, was insured with Allstate Insurance Company with bodily injury liability protection limits in the amount of $15,000.00.

11. The tortfeasor's bodily injury policy limits are not adequate to compensate the Plaintiff for the injuries and losses she sustained as a result of the collision.

12. At the time of the collision, the Plaintiff was a named insured under an insurance policy with the defendant, Safeco, policy number K2727276 (the "policy"). See the pertinent portion of a specimen of the Policy and Declaration Page attached hereto as Exhibit "A" as provided by Defendant.

13. At the time of the aforementioned accident the Plaintiff insured two (2) vehicles on the policy which provide each vehicle $250,000.00 in underinsured motorist coverage without stacking.

14. At the time of the aforementioned accident the Plaintiff's policy with Defendant, Safeco, provided for a total of $250,000.00 in underinsured motorist coverage.

15. As a result of the selection of underinsured motorist benefits, the Plaintiff paid and the Defendant accepted increased premium payments.

2

Case ID: 180301789

16. The third-party tortfeasor's insurance carrier, Allstate Insurance Company, offered $15,000.00 which was the policy limit and the Plaintiff received consent to settle. (See Safeco's consent to settle and waiver of subrogation sent via email on August 23, 2017 attached as Exhibit "B").

17. On November 7, 2017, the Defendant's Insurance Adjuster, Betsy Honeycutt, made an offer of $12,000.00 which was later rejected by Plaintiff as unreasonable and unfair based on the evidence provided to Safeco.

18. On November 8, 2017, Plaintiff's Counsel demanded the policy limit of $250,000.00 as Plaintiff's bodily injuries and medical bills exceed the total of all available insurance in the amount of $265,000.00 ($15,000.00 (third party) and $250,000.00 (underinsured motorist).

19. On or about December 1, 2017, Safeco increased its offer to $70,966.25 to include the economic claim for the health carrier lien previously provided which was inadvertently missed by Safeco Adjuster, Betsy Honeycutt. This offer was rejected by Plaintiff on December 4, 2017 as it was effectively the same as the prior offer for bodily injury of $12,000.00, as the only increase was to reimburse Plaintiff for a health carrier subrogation lien. Thereafter, on March 13, 2018, after obtaining the treating Chiropractor's records by its own authorization, the insurer's offer was increased arbitrarily to $79,966.25 without explanation for the $9,000.00 increase.

20. The Plaintiff has fully complied with the terms, conditions and duties required under the policy.

21. Defendant, Safeco, has failed to objectively and reasonably evaluate the Plaintiff's claim.

22. Defendant, Safeco, has failed to offer payment of the reasonable and fair value of the underinsured motorist claim to the Plaintiff.

23. Defendant, Safeco, failed reasonably to investigate Plaintiff's claims inasmuch as a thorough and proper inquiry would have revealed that the Plaintiff sustained injuries,

damages and losses which reasonable compensation would have required an offer of the policy limits.

24. As the Insurer of the Plaintiff, Defendant, Safeco, owes a fiduciary, contractual and statutory obligation to investigate, evaluate and negotiate the underinsured motorist claim in good faith and to arrive at a prompt, fair and equitable settlement.

25. For the reasons set forth above, Defendant, Safeco, has violated its contractual obligations under the policy.

WHEREFORE, Plaintiff, Thomas Bissell, respectfully requests that this Honorable Court enter a Judgment in his favor and against Defendants, Safeco Insurance Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty Mutual Company, in the amount of the underinsured policy limit of Two Hundred Fifty Thousand ($250,000.00) Dollars, bad faith damages, attorney's fees, costs and other relief deemed proper by the Court.

## COUNT II

## LOSS OF CONSORTIUM

26. Plaintiff, Karen Bissell, hereby incorporates by reference paragraphs 2 through 25, inclusive, as though the same were fully set forth at length herein.

27. Plaintiff, Karen Bissell, is the wife of Plaintiff, Thomas Bissell.

28. Solely as a result of the carelessness and negligence of the Defendants as set forth herein, the Wife-Plaintiff, Karen Bissell, has been and may continue to be deprived of the services, society, companionship and consortium of her husband, Plaintiff, Thomas Bissell, to her great detriment and loss.

WHEREFORE, Plaintiff, Karen Bissell, respectfully requests that this Honorable Court enter a Judgment in her favor and against Defendants, Safeco Insurance Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty Mutual Company, in the amount of the underinsured policy limit of Two Hundred Fifty Thousand

4

($250,000.00) Dollars, bad faith damages, attorney's fees, costs and other relief deemed proper by the Court.

## COUNT III

### BAD FAITH

29. Plaintiff incorporates herein by reference the allegations contained in Paragraphs 1 through 28 as though the same were set forth at length herein.

30. The actions of Defendant, Safeco, in the handling of Plaintiff's underinsured motorist claim constitutes bad faith as defined under 42 Pa. C.S.A. §8371 as follows:

a) Failing objectively and fairly to evaluate Plaintiff's claim;

b) Failing objectively and fairly to reevaluate Plaintiff's claims based on new information;

c) Engaging in dilatory and abusive claims handling;

d) Failing to adopt of implement reasonable standards in evaluating Plaintiff's claim;

e) Acting unreasonably and unfairly in response to Plaintiff's claim;

f) Not attempting in good faith to effectuate a fair, prompt and equitable settlement of Plaintiff's claim in which the Defendants' liability under the policy has become reasonably clear;

g) Subordinating the interests of its insured and those entitled under its insured coverage to its own financial monetary interests;

h) Failing to promptly offer reasonable payment to the Plaintiff;

i) Failing reasonably and adequately to investigate Plaintiff's claim;

j) Failing reasonably and adequately to evaluate or review the medical documentation in Defendants' possession;

k) Violating the fiduciary duty owed to the Plaintiff;

l) Acting unreasonably and unfairly by withholding underinsured motorist benefits justly due and owing to the Plaintiff;

Case ID: 180301789

m) Failing to make an honest, intelligent and objective settlement offer;

n) Causing Plaintiff to expend money on the presentation of his claim; and

o) Causing the Plaintiff to bear the stress and anxiety associated with litigation.

31. An insurer such as Defendant, Safeco, has a fiduciary, contractual and statutory obligation to those such as the Plaintiff.

32. At all relevant times, Plaintiff fully complied with the terms and conditions of the policy and all conditions precedent and subsequent to his right to recover under the policy.

33. For the reasons set forth above, Defendant, Safeco, has violated the policy of insurance, its obligations as an insurer, has failed to act toward the Plaintiff in good faith and has violated 42 Pa. C.S.A. §8371 for which Defendant is liable for compensatory and punitive damages, together with interest, attorney's fees and such other relief as the Court deems appropriate.

34. Defendant, Safeco, has engaged in wanton and reckless conduct with regard to the welfare, interest and rights of the Plaintiff, and is liable for its bad faith conduct.

WHEREFORE, Plaintiff, Thomas Bissell, respectfully requests that this Honorable Court enter a Judgment in his favor and against Defendants, Safeco Insurance Company and American States Insurance Company d/b/a Safeco Insurance, A Liberty Mutual Company, in the amount of the underinsured policy limit of Two Hundred Fifty Thousand ($250,000.00) Dollars, for compensatory damages, punitive damages, interest, costs of suit, attorneys' fees and any other damages allowed by 42 Pa. C.S.A. §8371.

BROWNSTEIN, PEARLMAN,
WIEZER, NEWMAN & COOK, P.C.

BY: _____
MICHAEL E. COOK, ESQUIRE
Attorney for Plaintiffs

6

## VERIFICATION

I hereby verify that the statements made in the foregoing document are true and correct to the best of my knowledge and belief.

This Verification is made subject to the penalties set forth in 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

Dated: **3 - 14 · 18**

# EXHIBIT "A"

Case ID: 180301789

 **Safeco Insurance.**
A Liberty Mutual Company

**POLICY NUMBER:** K2727276

## AMERICAN STATES INSURANCE COMPANY
## AUTOMOBILE POLICY DECLARATIONS

**NAMED INSURED:**
KAREN BISSELL
THOMAS BISSELL
507 FAIRVIEW RD
WOODLYN PA 19094-1107

**RENEWAL**

**POLICY PERIOD FROM:** JUNE 10 2017
**TO:** JUNE 10 2018
at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
P & I INSURANCE SERVICES, LLC
1489 BALTIMORE PIKE
SPRINGFIELD    PA    19064-3958

**AGENT TELEPHONE:**
1-866-472-3326

| RATED DRIVERS | KAREN BISSELL, THOMAS BISSELL, BRITTANY BISSELL, ALYSSA BISSELL |
|---|---|

| | | | |
|---|---|---|---|
| 2015 NISSAN<br>LOSS PAYEE | ROGUE S/SL/SV    4 DOOR<br>NISSAN MOTOR ACCEPTANCE CORP | | ID# 5N1AT2MZ1FD925788 |
| 2013 FORD<br>LOSS PAYEE | FUSION SE    4 DOOR SEDAN<br>CITIDEL FCU | | ID# 3FA6P0HR6DR289955 |

**IMPORTANT NOTICES**

DAMAGE TO A VEHICLE YOU RENT IS COVERED IN PART D - COVERAGE FOR DAMAGE TO YOUR
AUTO. THE SAME COMPREHENSIVE AND COLLISION COVERAGES PURCHASED FOR YOUR OWN
VEHICLES. THE SAME DEDUCTIBLES APPLY. IF YOU DID NOT PURCHASE COMPREHENSIVE OR
COLLISION COVERAGES, YOU SHOULD CONSIDER THE PURCHASE OF INSURANCE THROUGH THE
RENTAL AGENCY WHEN YOU RENT A VEHICLE.

Insurance is afforded only for the coverages for which limits of liability or
premium charges are indicated.

| COVERAGES | 2015 NISS LIMITS | PREMIUMS | 2013 FORD LIMITS | PREMIUMS |
|---|---|---|---|---|
| LIMITED TORT COVERAGE | | INCLUDED | | INCLUDED |
| LIABILITY:<br>BODILY INJURY | $250,000<br>Each Person<br>$500,000<br>Each Occurrence | $ 228.90 | $250,000<br>Each Person<br>$500,000<br>Each Occurrence | $ 223.10 |
| PROPERTY DAMAGE | $100,000<br>Each Occurrence | 281.50 | $100,000<br>Each Occurrence | 263.50 |
| FIRST PARTY BENEFITS<br>MEDICAL EXPENSES<br>WORK LOSS | $5,000<br>$1,000<br>Max Per Month<br>$5,000<br>Total Limit | 67.40<br>14.40 | $5,000<br>$1,000<br>Max Per Month<br>$5,000<br>Total Limit | 68.80<br>14.60 |
| FUNERAL EXPENSES | $2,500 | .90 | $2,500 | .90 |
| UNINSURED MOTORISTS (NON-STACKED LIMITS):<br>BODILY INJURY | $250,000<br>Each Person<br>$500,000<br>Each Accident | 24.10 | $250,000<br>Each Person<br>$500,000<br>Each Accident | 24.60 |
| UNDERINSURED MOTORISTS (NON-STACKED):<br>BODILY INJURY | $250,000<br>Each Person<br>$500,000<br>Each Accident | 89.50 | $250,000<br>Each Person<br>$500,000<br>Each Accident | 91.40 |

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051



0050000800130000001000489368008012

SA-1697/EP 9/80

DATE PREPARED: APR. 18 2017

Case ID: 180301789

 Insurance™

A Liberty Mutual Company

**POLICY NUMBER: K2727276**

## AMERICAN STATES INSURANCE COMPANY
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

| COVERAGES | 2015 NISS LIMITS | PREMIUMS | 2013 FORD LIMITS | PREMIUMS |
|---|---|---|---|---|
| COMPREHENSIVE | Actual Cash Value<br>Less $500 Deductible<br>Full Safety Glass | $ 176.30 | Actual Cash Value<br>Less $500 Deductible<br>Full Safety Glass | $ 153.40 |
| COLLISION | Actual Cash Value<br>Less $500 Deductible | 579.20 | Actual Cash Value<br>Less $500 Deductible | 495.70 |
| ADDITIONAL COVERAGES:<br>LOSS OF USE<br>ROADSIDE ASSIST | $35 Per Day/$1050 Max | 17.30<br>4.50 | $35 Per Day/$1050 Max | 15.40<br>6.90 |
| | | ---------- | | ---------- |
| | TOTAL $ 1,484.00 | | TOTAL $ 1,358.30 | |

You may pay your premium in full or in installments.  There is no installment fee
for the following billing plans:  Full Pay.  Installment fees for all other billing
plans are listed below.  If more than one policy is billed on the installment bill,
only the highest fee is charged.  The fee is:
   $2.00 per installment for recurring automatic deduction (EFT)
   $5.00 per installment for recurring credit card or debit card
   $5.00 per installment for all other payment methods

SA-1898/EP 9/90
G8

Case ID: 180301789

**Safeco Insurance.**
A Liberty Mutual Company

**POLICY NUMBER:** K2727276

### AMERICAN STATES INSURANCE COMPANY
### AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

**NAMED INSURED:**
KAREN BISSELL
THOMAS BISSELL
507 FAIRVIEW RD
WOODLYN PA  19094-1107

**RENEWAL**

**POLICY PERIOD FROM:**  JUNE 10 2017
                   **TO:**  JUNE 10 2018

at 12:01 A.M. standard time at
the address of the insured as
stated herein.

**AGENT:**
P & I INSURANCE SERVICES, LLC
1489 BALTIMORE PIKE
SPRINGFIELD     PA   19064-3958

**AGENT TELEPHONE:**
1-866-472-3326

| RATED DRIVERS | KAREN BISSELL, THOMAS BISSELL, BRITTANY BISSELL, ALYSSA BISSELL |
|---|---|
| 2008 SUZUKI | GRAND VITARA X-SPO 4 DOOR STATION WAGON   ID# JS3TE944984101947 |
| 2015 FORD | ESCAPE SE        4 DOOR               ID# 1FMCU9GX6FUA14054 |

**IMPORTANT NOTICES**

DAMAGE TO A VEHICLE YOU RENT IS COVERED IN PART D - COVERAGE FOR DAMAGE TO YOUR
AUTO. THE SAME COMPREHENSIVE AND COLLISION COVERAGES PURCHASED FOR YOUR OWN
VEHICLES. THE SAME DEDUCTIBLES APPLY. IF YOU DID NOT PURCHASE COMPREHENSIVE OR
COLLISION COVERAGES, YOU SHOULD CONSIDER THE PURCHASE OF INSURANCE THROUGH THE
RENTAL AGENCY WHEN YOU RENT A VEHICLE.

Insurance is afforded only for the coverages for which limits of liability or
premium charges are indicated.

| COVERAGES | 2008 SUZI LIMITS | PREMIUMS | 2015 FORD LIMITS | PREMIUMS |
|---|---|---|---|---|
| LIMITED TORT COVERAGE | | INCLUDED | | INCLUDED |
| LIABILITY: | | | | |
| BODILY INJURY | $250,000<br>Each Person<br>$500,000<br>Each Occurrence | $  205.80 | $250,000<br>Each Person<br>$500,000<br>Each Occurrence | $  228.90 |
| PROPERTY DAMAGE | $100,000<br>Each Occurrence | 272.00 | $100,000<br>Each Occurrence | 281.50 |
| FIRST PARTY BENEFITS | | | | |
| MEDICAL EXPENSES | $5,000 | 67.40 | $5,000 | 67.40 |
| WORK LOSS | $1,000<br>Max Per Month<br>$5,000<br>Total Limit | 14.40 | $1,000<br>Max Per Month<br>$5,000<br>Total Limit | 14.40 |
| FUNERAL EXPENSES | $2,500 | .90 | $2,500 | .90 |
| UNINSURED MOTORISTS (NON-STACKED LIMITS): | | | | |
| BODILY INJURY | $250,000<br>Each Person<br>$500,000<br>Each Accident | 24.10 | $250,000<br>Each Person<br>$500,000<br>Each Accident | 24.10 |
| UNDERINSURED MOTORISTS (NON-STACKED): | | | | |
| BODILY INJURY | $250,000<br>Each Person<br>$500,000<br>Each Accident | 89.50 | $250,000<br>Each Person<br>$500,000<br>Each Accident | 89.50 |

-CONTINUED-
P O BOX 515097, LOS ANGELES, CA 90051



Case ID: 180301789

DATE PREPARED:  APR. 11 2017

SA-1697/EP 8/80                          Page 3 of 4

 **Insurance** ™
A Liberty Mutual Company

**POLICY NUMBER:** K2727276

## AMERICAN STATES INSURANCE COMPANY
## AUTOMOBILE POLICY DECLARATIONS
### (CONTINUED)

| COVERAGES | 2008 SUZI LIMITS | PREMIUMS | 2015 FORD LIMITS | PREMIUMS |
|---|---|---|---|---|
| COMPREHENSIVE | Actual Cash Value Less $500 Deductible Full Safety Glass | $ 121.30 | Actual Cash Value Less $500 Deductible Full Safety Glass | $ 176.30 |
| COLLISION | Actual Cash Value Less $500 Deductible | 349.00 | Actual Cash Value Less $500 Deductible | 579.20 |
| ADDITIONAL COVERAGES: | | | | |
| LOSS OF USE       $35 Per Day/$1050 Max | | 10.40 | $35 Per Day/$1050 Max | 17.30 |
| ROADSIDE ASSIST | | 9.00 | | 4.50 |
| | | TOTAL $ 1,163.80 | | TOTAL $ 1,484.00 |

TOTAL EACH VEHICLE:

|  |  |  |
|---|---|---|
| 2015 | NISS | $ 1,484.00 |
| 2013 | FORD | 1,358.30 |
| 2008 | SUZI | 1,163.80 |
| 2015 | FORD | 1,484.00 |

**PREMIUM SUMMARY**

| | | PREMIUM |
|---|---|---|
| VEHICLE COVERAGES | | $ 5,490.10 |
| DISCOUNTS & SAFECO SAFETY REWARDS | You saved $2,105.90 | Included |

**TOTAL 12 MONTH PREMIUM FOR ALL VEHICLES** ..................................... $ 5,490.10

You may pay your premium in full or in installments. There is no installment fee for the following billing plans: Full Pay. Installment fees for all other billing plans are listed below. If more than one policy is billed on the installment bill, only the highest fee is charged. The fee is:
$2.00 per installment for recurring automatic deduction (EFT)
$5.00 per installment for recurring credit card or debit card
$5.00 per installment for all other payment methods

YOU SAVED $2,105.90 BY QUALIFYING FOR THE FOLLOWING DISCOUNTS:
Account
Anti-Theft
Advance Quoting
Low Mileage
Accident Free
Violation Free
Coverage
Homeowners
Multi-Car
Billing Plan
Both Side Air Bag

Case ID: 180301789

 Gmail                                          Michael Cook <mecooklaw@gmail.com>

## Thomas Bissell 9402 4943 6002

2 messages

---

**Honeycutt, Betsy** <BETSY.HONEYCUTT@libertymutual.com>                Wed, Aug 23, 2017 at 4:17 PM
To: "mecooklaw@gmail.com" <mecooklaw@gmail.com>
Cc: CLMATT <CLMATT@libertymutual.com>

Hi Mike

This confirms our conversation just now. We will consent to Mr. Bissell's underlying settlement and waive subrogation. I'll let you know when I get those meds in.

Thanks

Betsy Honeycutt


Betsy Honeycutt, AIC

Complex Claim Resolution Specialist II, BI

PO Box 515097

Los Angeles, CA 90051-5097

856-355-7243

Fax: 888-268-8840

betsy.honeycutt@safeco.com


Please make note that my phone number has changed and update your records. Thank you.

---

**Michael Cook** <mecooklaw@gmail.com>                                Wed, Aug 23, 2017 at 4:20 PM
To: "Honeycutt, Betsy" <BETSY.HONEYCUTT@libertymutual.com>

Thank you!

**Michael E. Cook, Esq.**
Brownstein, Pearlman, Wiezer, Newman & Cook P.C.                         Case ID: 180301789

3 N. 2nd Street
Philadelphia, PA. 19106
t (215) 627-0100
f (215) 627-1749
MECOOKLAW@GMAIL.COM
[Quoted text hidden]









PITNEY BOWES
$ 007.30⁰
88 MAR 16 2018
ﾛM ZIP CODE 19106

PITNEY BOWES
$ 000.53⁰
UNITED STATES POSTAGE
02 1P
0001921888  MAR 16 2018
MAILED FROM ZIP CODE 19106




CERTIFIED MAIL

7017 1450 0000 1127 4961

# FIRST CLASS MAIL

Safeco Insurance Company of America
d/b/a Safeco Insurance,
A Liberty Mutual Company
175 Berkeley Street
Boston, MA 02116

RTE:
MSC: M06G

WONG, ALAN



BROWNSTEIN, PEARLMAN,
WIEZER, NEWMAN & COOK, P.C.
ATTORNEYS AT LAW
3-5 NORTH 2ND STREET
PHILADELPHIA, PA 19106



ROUTE TO: $DEFAULT

FROM:
CARR: USPS
TRK#: 70171450000011274961
RCVD: 03/21/2018
TO: WONG, ALAN
PH: 0
PCS: 1
SITE: $DEFAULT   BOG: 1
FLR:   RM:



