IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS BISSELL and<br>KAREN BISSELL, h/w<br>        Plaintiffs<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF<br>AMERICA d/b/a SAFECO INSURANCE,<br>A LIBERTY MUTUAL COMPANY<br>    and<br>AMERICAN STATES INSURANCE<br>COMPANY d/b/a SAFECO INSURANCE,<br>A LIBERTY MUTUAL COMPANY<br>        Defendants | CIVIL ACTION<br><br>NO. 2:18-cv-01510-JS |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED AND AGREED by all parties, by and through their counsel, that this action shall be DISMISSED, WITH PREJUDICE.

BROWNSTEIN, PEARLMAN, WIEZER,
NEWMAN & COOK, P.C.

BY: _____
MICHAEL E. COOK, ESQUIRE
ATTORNEY FOR PLAINTIFFS

Date:

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

BY: _____
WILLIAM C. FOSTER, ESQUIRE
ATTORNEY FOR DEFENDANTS

Date: 5/31/18

LEGAL/116641579.v1